WILLIAM R. HENNINGER et al., appellants,

*v.*

CHARLES E. HEALD et al., respondents.

On appeal from a decree advised by Vice-Chancellor Bird, whose opinion is reported in *Henninger* v. *Heald, 7 Dick. Ch. Rep. 431.*

*Mr. Theodore Little,* for the appellants.

*Mr. Frederic W. Stevens* and *Mr. R. Wayne Parker,* for the respondents.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, LUDLOW, MAGIE, BOGERT, BROWN, SMITH, KRUEGER, TALMAN—9.

*For reversal*—None.